# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:  *

RICHARD RONALD THOMAS  *  Case No. 14-13432-RGM
SUSAN LYNETTE THOMAS  *
 *  Chapter 7
Debtors.  *

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS

The Court having considered the Application of Donald F. King, Trustee for the Debtor's estate ("**Applicant**") to employ attorneys and the Declaration of Lauren Friend McKelvey, Esquire, in support thereof, and

IT APPEARING that the law firm of Odin, Feldman & Pittleman, P.C. is a disinterested person and does not hold or represent an interest adverse to the estate, and that the employment of the law firm generally by the Applicant is in the best interest of this estate, it is hereby

ORDERED that Donald F. King, Trustee is authorized to employ the law firm of Odin, Feldman & Pittleman, P.C., generally, as attorneys for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Dated: Dec 1 2015
Alexandria, VA

/s/ Robert G. Mayer
**ROBERT G. MAYER**
**United States Bankruptcy Judge**

Entered on docket: December 1, 2015

I ask for this:

**/s/ *Lauren Friend McKelvey***
**Lauren Friend McKelvey (VSB No. 78813)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:   703-218-2135**
**Fax:   703-218-2160**
**E-mail:** Lauren.McKelvey@ofplaw.com

SEEN AND NO OBJECTION:

**/s/ *Jack I. Frankel***
**Office of the U. S. Trustee**
**115 South Union Street**
**Alexandria, Virginia  22314**

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

*/s/ Lauren Friend McKelvey*
LAUREN FRIEND McKELVEY, ESQUIRE

**PARTIES TO RECEIVE COPIES**
Counsel for Trustee – To be served electronically
Counsel for Debtor – To be served electronically

#2891288v1  31070/00001

2

United States Bankruptcy Court
Eastern District of Virginia

In re:
Richard Ronald Thomas
Susan Lynette Thomas
        Debtors

Case No. 14-13432-RGM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: voehle     Page 1 of 1     Date Rcvd: Dec 01, 2015
                     Form ID: pdford9     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2015.
jdb         #+Susan Lynette Thomas,   15289 Lord Culpepper Court,   Woodbridge, VA 22191-3997

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2015 at the address(es) listed below:
        Brian Andrew Tucci   on behalf of Joint Debtor Susan Lynette Thomas btucci@briantuccilaw.com
        Brian Andrew Tucci   on behalf of Debtor Richard Ronald Thomas btucci@briantuccilaw.com
        Donald F. King    Kingtrustee@ofplaw.com, va13@ecfcbis.com;dfking@ecf.epiqsystems.com
        Donald F. King   on behalf of Trustee Donald F. King donking@ofplaw.com
        Judy A. Robbins, 11   ustpregion04.ax.ecf@usdoj.gov
        Lauren Friend McKelvey   on behalf of Trustee Donald F. King lauren.mckelvey@ofplaw.com, MaryAnn.Rardin@ofplaw.com
                                                                                                                                                                                                          TOTAL: 6