UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **RICHARD RONALD THOMAS** | * | Case No.  14-13432-RGM |
| **SUSAN LYNETTE THOMAS** | * | |
| | * | Chapter 7 |
| Debtors. | * | |

## ORDER GRANTING RULE 2004 EXAMINATION

UPON CONSIDERATION of the Motion of Donald F. King ("Trustee"), Chapter 7 Trustee in the above-referenced case, for a Rule 2004 examination of Richard Ronald Thomas ("Debtor"), it is hereby

ORDERED that the Debtor shall appear for examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, at the place and time specified in a notice of deposition to be served pursuant to applicable rules; and it is further

ORDERED that the Debtor shall produce to the Trustee the documents described on Exhibit A attached hereto with fifteen (15) days of the entry of this Order, unless otherwise agreed to by the Trustee.

DATED: Sep 9 2016
Alexandria, VA

/s/ Robert G Mayer
**ROBERT G. MAYER**
**United States Bankruptcy Judge**

Entered on docket: September 12, 2016

I ask for this:

**By:** _____/s/ Alexander M. Laughlin_____
**Alexander M. Laughlin, Esquire (VSB No. 25237)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone: 703-218-2134**
**Fax:    703-218-2160**
[Alex.Laughlin@ofplaw.com](mailto:Alex.Laughlin@ofplaw.com)

### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order was sent by U.S. mail, first class postage prepaid, on the 31st day of August, 2016, to the Debtor, Richard Ronald Thomas, 15289 Lord Culpepper Court, Woodbridge, VA 22191, and via Notice of Electronic Filing upon all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ Alexander M. Laughlin
Alexander M. Laughlin

**PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER**
Counsel for Trustee –via Notice of Electronic Filing
Counsel for Debtor - via Notice of Electronic Filing
All registered CM/ECF users - via Notice of Electronic Filing

Richard Ronald Thomas
15289 Lord Culpepper Court
Woodbridge, VA 22191

# **EXHIBIT A**

1.    With regard to the *contingent remainder interest in mother's life estate* ("**Interest**"), listed on Schedule B filed by the Debtor, provide:

    (a) Copy of the trust agreement, the Debtor's mother's will, and all other documents evidencing the Interest;

    (b) Itemization of all distributions or other funds or property conveyed to the Debtor arising from the Debtor's Interest from September 14, 2012 through the current date;

    (c) Copies of any tax returns filed for the trust and/or the Debtor's mother's estate for 2014, and 2015; and

    (d) A list of the current assets and liabilities of the trust and/or the Debtor's mother's estate.

2.    With regarding to Thomas Custom Builders, Inc. provide:

    (a) Copies of the 2014 and 2015 Federal tax returns;

    (b) Copies of the profit and loss statement from January 1, 2016 through July 31, 2016;

    (c) Copies of the balance sheets effective December 31, 2014 and December 31, 2015.